UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST § | |
| § | CIVIL ACTION NO. 4:23-cv-01334 |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| LOTUS ROSADA INVESTMENT LLC § | |
| § | |
| Defendant § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST, Plaintiff, and LOTUS ROSADA INVESTMENT LLC, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: November 24, 2023          FOR RANDY WILLIAM BRAST, Plaintiff

                                  BY:  _/S/   R. Bruce Tharpe_
                                  R. Bruce Tharpe
                                  PO Box 101
                                  Olmito, Texas 78575
                                  (956) 255-5111 - Office
                                  (866) 599-2596 - Fax
                                  Texas State Bar ID No. 19823800

                                        Federal Bar ID 13098

DATED: November 24, 2023        FOR LOTUS ROSADA INVESTMENT LLC, Defendant

                                        BY: **/S/ Kevin H. Pham**
                                        Kevin H. Pham
                                        State Bar No. 00791438
                                        Pham & Nguyen Law Group, P.C.
                                        10260 Westheimer Rd, Suite 207
                                        Houston, TX 77042
                                        713-789-8010
                                        Fax: 713-789-7750