United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-01334 |
| § | |
| LOTUS ROSADA INVESTMENT LLC, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 9).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on November 28, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge